### 5346. BELL, guardian, *v.* WILKINSON.

ROAN, J. The evidence fully authorized the verdict, and the court did not err in overruling the motion for a new trial.	*Judgment affirmed.*

DECIDED JANUARY 27, 1914.

Complaint; from city court of Bainbridge—Judge Spooner. August 20, 1913.

*W. V. Custer, R. G. Hartsfield,* for plaintiff in error.

*W. M. Harrell, John R. Wilson,* contra.